NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 11-132 C/W CA 11-130, CA 11-131, & CA 11-133

MADELEINE BERGERON

VERSUS

BRIAN BERGERON

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-995668 C/W 963223 C/W, 993701 C/W 03-2145
HONORABLE PHYLLIS M. KEATY, DISTRICT JUDGE

**********

SHANNON J. GREMILLION
JUDGE

**********

Court composed of Elizabeth A. Pickett, Billy Howard Ezell, and Shannon J. Gremillion, Judges.

AFFIRMED.

James Louis Daniels
Attorney at Law
110 E. Kaliste Saloom, Ste 210
Lafayette, LA 70508
(337) 706-8931
Counsel for Defendant Appellee:
Brian Bergeron

Thomas Robert Shelton
Shelton Law Firm
P. O. Drawer 52548
Lafayette, LA 70505-2548
(337) 237-3000
Counsel for Plaintiff Appellant:
Madeleine Bergeron

**GREMILLION Judge.**

In these consolidated matters, the trial court's judgment is hereby affirmed in *Bergeron v. Bergeron*, 11-130 (La.App. 3 Cir. _/_/_), ___ So.3d ___.

**AFFIRMED FOR THE REASONS ASSIGNED**.

1